In re Range, Warren; — Plaintiffs); applying for supervisory and/or remedial writs; Parish of East Baton Rouge, 19th Judicial District Court, Div. “L”, No. 12-80-1044; to the Court of Appeal, First Circuit, No. CW96 0826.
Writ granted. The district attorney is ordered to provide relator with an estimate of the costs of reproducing public records relator has requested and to which relator is entitled. La. Const, art. XII, Sec. 3; R.S. 44:31; State v. Billiot, 95-0489 (Lá. 5/31/96), 673 So.2d 1021; State ex rel. Revere v. Court of Appeal, 95-0549 (La. 5/31/96), 673 So.2d 1020; State ex rel. Williams v. Whitley, 94-2693 (La. 2/9/95), 649 So.2d 414; Elliott v. District Attorney, 9A-1804 (La.App. 1st Cir. 9/14/95), p. 6, 664 So.2d 122, 125; Foster v. Kemp, 94-1228, p. 7-8 (La.App. 1st Cir. 6/23/95), 657 So.2d 681, 686-87; Marler v. Reed, 93-1772 (La.App. 1st Cir. 6/24/94), 638 So.2d 1164, 1167; see also R.S. 44:34; Fussell v. Reed, 95-0398, p. 3-4 (La.App. 1st Cir. 11/9/95), 664 So.2d 1214,1216.
JOHNSON, J., not on panel.